UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA       :

      v.                         :        INDICTMENT

RAMON ANTONIO MOREL,                    07 Cr.

          Defendant.           **07 CRIM 1000**

- - - - - - - - - - - - - - - X

*Judge Buchwald*

COUNT ONE

The Grand Jury charges:

From on or about June 23, 2006, up to and including on or about October 11, 2007, in the Southern District of New York and elsewhere, RAMON ANTONIO MOREL, the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about November 3, 2000, in New York Supreme Court, New York County, for attempted criminal sale of a controlled substance in the third degree, in violation of New York Penal Law 220.39 and 110, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Section 1326(a) and (b)(2).)

_____        _____
FOREPERSON                       MICHAEL J. GARCIA
                                 United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RAMON ANTONIO MOREL,

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. § 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

10-29-07 D.I.C.: Post 11/1/87 indictment filed.
Assigned to Judge Buchwald

Peck, M.J.