

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 30, 2007

**By Facsimile**



The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2270
New York, New York 10007

      Re:  United States v. Ramon Antonio Morel
            07 Cr. 1000 (NRB)

Dear Judge Buchwald:

    I write respectfully on behalf of the Government to confirm that the initial pretrial conference in the above-referenced case has been adjourned from November 6, 2007, to November 27, 2007, at 4:00 p.m. The defendant is scheduled to be arraigned in Magistrate's Court on November 1, 2007.

    I further respectfully request that the Court exclude time until November 27, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), to permit the Government to produce and the defendant to review discovery. The ends of justice served by such an exclusion of time outweigh the best interest of the public and the defendant in a speedy trial. Defense counsel, Roland Thau, consents to this exclusion of time.

                                  Respectfully submitted,

                                  MICHAEL J. GARCIA
                                United States Attorney

                By:    *John P. C.*
                      John P. Cronan
                      Assistant U.S. Attorney
                      Tel.: (212) 637-2779
                      Fax: (212) 637-2937

cc:    Roland Thau, Esq.
        *By facsimile*