# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

MEMO ENDORSED

April 1, 2008

by fax 212 805-7927

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York

APR - 1 2008
UNITED STATES DISTRICT JUDGE

Re: **United States v. Ramon Antonio Morel**
    **07 Cr.1000(NRB)**

Your Honor:

at 4:30 p
NRB

On the government's consent (by John P. Cronan, Esq., AUSA, tel. 212 637-2779, fax 637-2390) we respectfully request that sentence due to be imposed April 2, 2008, be adjourned to the afternoon of April 28, 2008, or as soon thereafter as convenient to Your Honor and counsel.

So Ordered
[signature]
NRB
USDJ
4/1/08

I am still hoping that certain records potentially relevant to sentence might finally be located and produced by Mr. Morel's family by then and I need to prepare a sentencing submission.

I apologize for this last minute application and do not believe that it will prejudice incarcerated Mr. Morel since the Probation Department-estimated guidelines range is 30-37 months, the government's Pimentel letter estimates 24-30 and our client will have been in custody 6¾ months by the April 28 proposed date.

Respectfully,

[signature]
Roland Thau
Staff Attorney
Tel.: 212 417-8733

cc: John P. Cronan Esq., AUSA
    by fax 212 637-2390



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/08

TOTAL P.002