APR-28-2008 13:13  FEDERAL DEFENDER  212 571 0392  P.002

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director



Southern District of New York
John J. Byrnes
Attorney-in-Charge

April 28, 2008

by fax 212 805-7927

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York

Re:  **United States v. Ramon Antonio Morel**
     **07 Cr.1000(NRB)**

Your Honor:

   We respectfully request that sentence due to be imposed today, April 28, 2008, be adjourned to 11:00a.m., May 13, 2008 - a date and time suggested by your Honor's chambers. I have sought the government's consent from John P. Cronan, Esq., AUSA, tel. 212 637-2779 and Todd W. Blanche, Esq., AUSA 212 637-2494 by voice-mail but haven't yet heard back.

   I am still hoping that certain records potentially relevant to sentence might finally be located and produced by Mr. Morel's family by then and I need to prepare a sentencing submission. I propose to proceed the next time whether or not these records which I have requested from the family for months have been produced.

   I apologize for this second last minute application and do not believe that it will prejudice incarcerated Mr. Morel since the Probation Department-estimated guidelines range is 30-37 months, the government's Pimentel letter estimates 24-30 and our client will have been in custody about 7 months by the April 28 proposed date.

Endorsement: Final extension. So Ordered. Naomi Reice Buchwald USDJ 4/28/08

Respectfully,

Roland Thau
Staff Attorney
Tel.: 212 417-8733

cc:  John P. Cronan Esq., AUSA
     by fax 212 637-2390



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/08

TOTAL P.002